UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE: RENNE MARIE CANNADY         CASE NO. 15-21544

DEBTOR(S)                          CHAPTER 13
                                   Judge Wise

## ORDER SUSTAINING SECOND MOTION TO MODIFY PLAN

The Debtors have moved this Court to modify their monthly plan payment pursuant 11 U.S.C. 1329. The Court finds that the reasons outlined in the Debtor's motion are reasonable.

Therefore;
IT IS HEREBY ORDERED AND ADJUDGED, that the Debtor's motion is sustained.
Debtor's plan payments are modified as follows:

**I. PLAN PAYMENTS.** The Debtor shall pay to the Trustee:

Plan Payments Schedule

| Beginning Month | Ending Month | # of months | Amount of Monthly Payment | Total |
|---|---|---|---|---|
| 1 (12/2/15) | 30 (5/2/18) | 30 | varied | $18,027.60 |
| 31 (6/2/18) | 52 (3/2/20) | 22 | varied | $16,426.59 |
| 53 (4/2/20) | 60 (10/2/21) | 8 | $0.00 | $0.00 |
| Total: | | 60 | Grand Total: | $34,454.19 |

All other provisions of the Debtor's Plan [Doc. 2], remain effective.

Pursuant to Local Rule 9022-1, Benjamin N. Wolff, shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1 and shall file with the court a certificate of service of the order upon such parties within 7 days hereof, including the following:

Beverly Burden, Trustee
The United States Trustee
Debtor(s)
All parties listed on the Court's Mailing Matrix.

Page **1** of **1**

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Monday, November 30, 2020**
**(tnw)**